FILED
2009 Mar-27 PM 02:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **JOHN WHITE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case No: CV 08-S-2298-M** |
| ) | |
| **COMMISSIONER RICHARD** ) | |
| **ALLEN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

The magistrate judge filed a report and recommendation on February 13, 2009, recommending that plaintiff's claims against Commissioner Richard Allen, Warden Deangelo Burrell, Warden Mary Carter, Capt. Richard Carter, Sgt. England, and Sgt. Marsh in their supervisory capacity be DISMISSED, and that the claims against Officer Martin, Officer Lemon, Sgt. Marsh, and Sgt. England for allegedly failing to provide plaintiff medical care be DISMISSED.

It was further recommended that plaintiff's claim that Officer Lemon and Officer Martin subjected him to the unnecessary use of excessive force be referred to the magistrate judge for further proceedings. On February 20, 2009, the plaintiff filed a response to the report and recommendation, stating that he had no objections.(Doc. no. 8).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the magistrate judge's recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except the claim for the unnecessary use of excessive force lodged against Officer Lemon and Officer Martin are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that plaintiff's claim of unnecessary use of excessive force is REFERRED to the magistrate judge for further proceedings.

DONE and ORDERED this 27th day of March, 2009.

_____
United States District Judge