# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| JOHN WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 4:08-CV-2298-LSC-TMP |
| ) | |
| OFFICER LEMON AND OFFICER MARTIN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the defendants' special report will be treated as a motion for summary judgment and, as such, is hereby DENIED.

It is further ORDERED:

(1) That the defendants file an answer to plaintiff's complaint;

(2) That this matter is REFERRED to the magistrate judge for an evidentiary hearing on the issues of liability and, if appropriate, damages; and,

(3) That the magistrate judge prepare a report and recommendation for this court on the issues of liability and damages in accordance with 28 U.S.C. § 636(b).

Done this 6th day of April 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671