FILED
 2011 Jun-29 PM 04:17
 U.S. DISTRICT COURT
     N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08-cv-2298-TMP |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OPINION

Following an evidentiary hearing, the magistrate judge filed his report and recommendation in this action on April 25, 2011, containing proposed findings of fact and conclusions of law for consideration by the court with respect to the plaintiff's claim under the Eighth Amendment that the remaining defendants, Officers Ralph Lemons and Corey Martin, subjected him to unconstitutionally excessive force. The magistrate judge resolved credibility issues among the witnesses and recommended that judgment be entered in favor of the defendants and against plaintiff. The report and recommendation also notified the parties of their right to file specific objections to the report and recommendation within fifteen (15) days. To date, no objections have been file by any party.

In the absence of specific objections, the court is required only to examine whether the report and recommendation is clearly contrary to law and the findings of fact are supported by the record. Having now conducted a *de novo* review of the record and transcript from the evidentiary hearing, the court finds that the report is due to be and hereby is ADOPTED and the recommendation is

ACCEPTED.  Accordingly, the court will enter a separate order finding for defendants Lemons and Martin and entering final judgment for them and against the plaintiff.

The Clerk is DIRECTED to mail a copy of the foregoing to the plaintiff.

Done this 29th day of June 2011.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167037