IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| JOHN WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08-cv-2298-TMP |
| ) | |
| RICHARD ALLEN, et al., ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith, FINAL JUDGMENT is hereby ENTERED in favor of the defendants, Officers Ralph Lemons and Corey Martin, and plaintiff shall have and recover nothing from them. This action is DISMISSED WITH PREJUDICE, and costs are taxed to the plaintiff.

Done this 29th day of June 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167037